IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02586-RPM

GARY L. GURULE,

    Plaintiff,
v.

DOUGLAS N. DARR, in his official capacity as the Sheriff of Adams County;
BRIAN CALDWELL, individually, and in his official capacity as an Adams County Deputy Sheriff; and
PRISON HEALTH SERVICES, INC.,

    Defendants.

_____

ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER
_____

    After review of the Joint Motion to Amend Scheduling Order, filed June 1, 2011 [27], it is

    ORDERED that the motion is granted and the March 22, 2011 [23] Scheduling Order, Section 7 Case Plan and Schedule, e. Deposition Schedule, is amended to allow depositions to be taken on July 8, 11 and 12, 2011, as specified in the table on pages 2 and 3 of the joint motion [27].

    DATED:   June 1st, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge