IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02586-RPM

GARY L. GURULE,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS FOR ADAMS COUNTY, COLORADO;
DOUGLAS N. DARR, in his official capacity as the Sheriff of Adams County;
BRIAN CALDWELL, individually, and in his official capacity as an Adams County Deputy Sheriff;
    and
PRISON HEALTH SERVICES, INC.,

    Defendants.

_____

ORDER OF DISMISSAL OF DEFENDANTS ADAMS COUNTY, DARR, AND CALDWELL
_____

Pursuant to the Stipulation for Dismissal with Prejudice of Defendants Adams County, Darr, and Caldwell [35] filed July 8, 2011, it is

ORDERED that this action is dismissed as to Defendants Board of County Commissioners for Adams County, Colorado, Douglas N. Darr, and Brian Caldwell, each party to bear their own costs and expenses, including attorney fees.

DATED: July 12th, 2011

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge