IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-02586-RPM

GARY L. GURULE,

    Plaintiff,

v.

PRISON HEALTH SERVICES, INC.,

    Defendants.

_____

ORDER OF DISMISSAL OF DEFENDANT PRISON HEALTH SERVICES, INC.
_____

Pursuant to the Stipulated Motion for Dismissal with Prejudice as to Defendant Prison Health Services, Inc., [37] filed July 12, 2011, it is

ORDERED that this action is dismissed as to Defendant Prison Health Services, Inc., each party to bear their own costs and expenses, including attorney's fees.

DATED: July 13th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge